UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY WEAKLEY,

            Plaintiff,

   v.

AMAZON.COM INC., et al.,

            Defendants.

CASE NO. C20-71 MJP

ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

THE COURT issued an order on February 20, 2020 to the parties requiring them to file a joint status report by April 2, 2020. (Dkt. No. 9.) The parties failed to file a joint status report by that date. On April 17, 2020, at Defendant Amazon.com's request, the Court issued a minute order extending the deadline to file a joint status report to May 18, 2020. (Dkt. No. 16.) The Court warned the parties that failure to file the joint status report could result in dismissal. As of the date of this order, the parties have not filed a joint status report. The Court therefore DISMISSES the case without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

//

//

1. The clerk is ordered to provide copies of this order to all counsel.

2. Dated June 1, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge